**Denied and Opinion Filed April 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00200-CV

### IN RE LE-VEL BRANDS, LLC, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-06772-2018**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Whitehill

In this original proceeding, relator complains of the trial court's February 14, 2019 temporary restraining order. The temporary restraining order was dissolved and replaced by a temporary injunction signed on March 21, 2019. No live controversy remains between the parties as to the temporary restraining order. Accordingly, we deny relator's petition for writ of mandamus as moot.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

190200F.P05